# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| GILBERT WHITE,<br><br>      Petitioner,<br>v.<br>ISIDRO BACA, *et al.*,<br><br>      Respondents. | Case No. 3:15-cv-00534-MMD-VPC<br><br>ORDER |

This habeas matter comes before the Court on the petitioner's motion for certificate of appealability (ECF No. 33). To the extent petitioner is seeking a certificate of appealability from this Court, the motion is denied. The Court has already determined that no certificate of appealability should issue (*see* ECF No. 31 at 4), and nothing in petitioner's latest filing changes the Court's determination in that respect. As petitioner's filing of January 17, 2018, evidences an intent to file a notice of appeal, the Clerk of Court is directed to docket ECF No. 33 as a notice of appeal and process the appeal accordingly.

It is so ordered.

DATED THIS 17th day of January 2018.

                       _____
                       MIRANDA M. DU
                       UNITED STATES DISTRICT JUDGE